| | |
|---|---|
| 1 | ELLIN DAVTYAN (238608) |
| | General Counsel |
| 2 | KIRSTEN R. GALLER (227171) |
| | Deputy General Counsel |
| 3 | JENNIFER KO (324623) |
| | Assistant General Counsel |
| 4 | jennifer.ko@calbar.ca.gov |
| | OFFICE OF GENERAL COUNSEL |
| 5 | THE STATE BAR OF CALIFORNIA |
| | 845 South Figueroa Street |
| 6 | Los Angeles, CA 90017 |
| 7 | Telephone: (213) 765-1269 / Facsimile: (415) 538-2321 |
| 8 | Attorneys for Defendants Kyuhee Han, Braulio Munoz, Maria Oropeza, Craig Matheny |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT D. RODRIGUEZ, | Case No. 2:24-cv-02538-TLN-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR STATE BAR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| SUSAN BELINGHERI, *et al*., | |
| Defendants. | |
| | JUDGE: HON. TROY L. NUNLEY |
| | TRIAL DATE: Not Set |
| | ACTION FILED: September 19, 2024 |

1   Upon stipulation of the parties and good cause appearing, the Court hereby **ORDERS AS**
2   **FOLLOWS**:
3   The time for Defendants Kyuhee Han, Braulio Munoz, Maria Oropeza, and Craig
4   Matheny (collectively, "State Bar Defendants") to respond to Plaintiff Robert D. Rodriguez's
5   Complaint, filed on September 19, 2024, is extended to February 21, 2025.

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

9   Dated: January 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE