1  ELLIN DAVTYAN (238608)
   General Counsel
2  KIRSTEN R. GALLER (227171)
   Deputy General Counsel
3  JENNIFER KO (324623)
   Assistant General Counsel
4  jennifer.ko@calbar.ca.gov
   OFFICE OF GENERAL COUNSEL
5  THE STATE BAR OF CALIFORNIA
   845 South Figueroa Street
6  Los Angeles, CA 90017
7  Telephone: (213) 765-1269 / Facsimile: (415) 538-2321

8  Attorneys for Defendants Kyuhee Han, Braulio Munoz, Maria Oropeza, Craig Matheny

9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROBERT D. RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN BELINGHERI, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-02538-TLN-AC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR STATE BAR DEFENDANTS, DEFENDANT PEYTON, AND DEFENDANT CALIFORNIA DEPOSITION REPORTERS TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>JUDGE:          HON. TROY L. NUNLEY<br>TRIAL DATE:  Not Set<br>ACTION FILED: September 19, 2024 |
|---|---|

1  Upon stipulation of the parties and good cause appearing, the Court hereby **ORDERS AS**
2  **FOLLOWS**:
3  The time for Defendants Kyuhee Han, Braulio Munoz, Maria Oropeza, and Craig
4  Matheny (collectively, "State Bar Defendants"), Defendant Dennis G. Peyton, and Defendant
5  California Deposition Reporters to respond to Plaintiff Robert D. Rodriguez's Complaint, filed
6  on September 19, 2024, is extended to March 24, 2025.

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
9  DATED: January 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Joint Stipulation                           Case No. 2:24-cv-02538-TLN-AC