1  ELLIN DAVTYAN (238608)
   General Counsel
2  KIRSTEN GALLER (227171)
   Deputy General Counsel
3  JENNIFER KO (324623)
   Assistant General Counsel
4  OFFICE OF GENERAL COUNSEL
5  THE STATE BAR OF CALIFORNIA
   845 South Figueroa Street
6  Los Angeles, CA 90017
   Tel.: (213) 765-1000
7  Fax: (415) 538-2321
8  Email: jennifer.ko@calbar.ca.gov

9  HELENE A. SIMVOULAKIS-PANOS (256334)
   Assistant General Counsel
10 OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA
11 180 Howard Street
12 San Francisco, CA 94105-1639
   Tel: (415) 538-2388
13 Fax: (415) 538-2321
   Email: helene.simvoulakis-panos@calbar.ca.gov
14
15 Attorneys for Defendants
   KYUHEE HAN, BRAULIO MUNOZ,
16 MARIA OROPEZA, CRAIG MATHENY

17                 UNITED STATES DISTRICT COURT

18                 EASTERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 ROBERT D. RODRIGUEZ | Case No.: 2:24-cv-02538-TLN-AC |
| 21            Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND STATE BAR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| 22 vs. | |
| 23 SUSAN BELINGHERI, et al., | |
| 24            Defendants. | |
| 25 | |
| 26 | JUDGE:         Hon. Troy L. Nunley |
| 27 | TRIAL DATE:    Not Set |
|    | ACTION FILED:  September 19, 2024 |
| 28 | |

Upon stipulation of the parties and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

The time for Plaintiff Robert D. Rodriguez to file a First Amended Complaint ("FAC") is extended to April 30, 2025. The time for Defendants Kyuhee Han, Braulio Munoz, Maria Oropeza, and Craig Matheny (collectively, "State Bar Defendants") to respond to Plaintiff's FAC is extended to May 23, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: March 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE