ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
JENNIFER KO (324623)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321
Email: jennifer.ko@calbar.ca.gov

HELENE A. SIMVOULAKIS-PANOS (256334)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388
Fax: (415) 538-2321
Email: helene.simvoulakis-panos@calbar.ca.gov

Attorneys for Defendants
KYUHEE HAN, BRAULIO MUNOZ,
MARIA OROPEZA, CRAIG MATHENY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. RODRIGUEZ<br><br>　　　Plaintiff,<br><br>vs.<br><br>SUSAN BELINGHERI, et al.,<br><br>　　　Defendants. | Case No.: 2:24-cv-02538-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PROPOSED BRIEFING SCHEDULE IN CONNECTION WITH MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Proposed] Order Filed Concurrently Herewith]<br><br>JUDGE:　　　Hon. Troy L. Nunley<br>TRIAL DATE:　Not Set<br>ACTION FILED:　September 19, 2024 |

[Proposed] Order Granting Joint Stipulation                                Case No. 2:24-cv-02538-TLN-AC

Upon stipulation of the parties and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

   a.   The deadline for the Defendants Kyuhee Han, Braulio Munoz, Maria Oropeza, and Craig Matheny (collectively, "State Bar Defendants"), Defendant Dennis G. Peyton ("Defendant Peyton"), Defendant California Deposition Reporters ("Defendant California Deposition Reporters") and Defendant Susan Belingheri ("Defendant Belingheri") to file and serve a motion to dismiss or other responsive pleading to Plaintiff's First Amended Complaint ("FAC") is **June 13, 2025.**

   b.   The deadline for Plaintiff Robert Rodriguez to file and serve an opposition to any motion to dismiss of the State Bar Defendants, Defendant Peyton, Defendant California Deposition Reporters and Defendant Belingheri shall be **July 13, 2025.**

   c.   The deadline for the State Bar Defendants, Defendant Peyton, Defendant California Deposition Reporters and Defendant Belingheri to file and serve any Reply to Plaintiff's opposition(s) to their respective motions to dismiss shall be **August 13, 2025.**

   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: June 16, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE