UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. RODRIGUEZ,

Plaintiff,

v.

SUSAN BELINGHERI, et al.,

Defendants.

No.  2:24-cv-2538 TLN AC (PS)

ORDER

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 23, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 56.)  Plaintiff filed objections to the findings and recommendations.  (ECF No. 61.)  Defendants filed responses to the objections.  (ECF Nos. 62, 63.)  Plaintiff filed a reply.  (ECF No. 64.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

The Court acknowledges that, as Plaintiff points out, he did oppose Defendants' statute of

1

limitation argument.  (ECF No. 61 at 6; *see* ECF No. 44 at 18–19.)  However, the magistrate judge was correct in finding Plaintiffs claims are time-barred.

To be clear, the issue presented is not whether Plaintiff's claims are precluded, for which finality is certainly consequential.  (ECF No. 61 at 7.)  The issue is whether Plaintiff's claims are timely.  In general, causes of actions accrue when a plaintiff "knows or has reason to know of the injury which is the basis of the action." *Morales v. City of Los Angeles*, 214 F.3d 1151, 1154 (9th Cir. 2000) (quoting *TwoRivers v. Lewis*, 174 F.3d 987, 991 (9th Cir. 1999)).  While Plaintiff's disbarment order may not have become final until 30 days after it was issued (ECF No. 61 at 6), at the point the order was issued, Plaintiff "knew or had reason to know that the alleged misconduct actually caused concrete injury." *Morales*, 214 F.3d at 1154.  Having initiated this action over two years after that date, the magistrate judge properly concluded Plaintiff's claims are time-barred.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed September 23, 2025, are adopted in full (ECF No. 56).

2.    The motion to dismiss brought by California Deposition Reporters and Dennis G. Peyton (ECF No. 36) is GRANTED.

3.    This case is dismissed in its entirely and as to all defendants as time-barred.

4.    All other pending motions are denied as moot.

Date: April 17, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE